Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−32381−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian E. Ward
   200 Union Ave.
   Runnemede, NJ 08078

Social Security No.:
   xxx−xx−9745

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:        9/13/18
Time:          02:00 PM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Thomas G. Egner, Debtor's Attorney

COMMISSION OR FEES
Fees: $2,025.00

EXPENSES
Expenses: $56.81

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 13, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                      Case No. 17-32381-ABA
Brian E. Ward                                               Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1        User: admin        Page 1 of 2        Date Rcvd: Aug 13, 2018
                            Form ID: 137       Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
```
db            +Brian E. Ward,    200 Union Ave.,    Runnemede, NJ 08078-1449
aty           +KML Law Group, PC,    216 Haddon Avenue,    Ste 406,    Collingswood, NJ 08108-2812
517160484     +Borough of Runnmede,    Attn: Tax Office,    24 N. Black Horse Pike,    Runnemede, NJ 08078-1663
517160485      Camden County MUA,    PO Box 1105,    Bellmawr, NJ 08099-5105
517160487     +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517160488     +Experian,    PO Box 4500,    Allen, TX 75013-1311
517160491     +KML Law Group, PC,    216 Haddon Ave.,    Suite 406,    Westmont, NJ 08108-2812
517160495      Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517160496     +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                Trenton, NJ 08695-0245
517160497     +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
517160498     +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
517237153      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
517236288      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
517160499     +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 13 2018 23:46:45      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 13 2018 23:46:42       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517160486     +E-mail/Text: mrdiscen@discover.com Aug 13 2018 23:45:46      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
517160489     +E-mail/Text: cio.bncmail@irs.gov Aug 13 2018 23:46:02      Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517160490     +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Aug 13 2018 23:47:46
                Jh Portfolio Debt Equities LLc,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
517369661      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 13 2018 23:44:19
                LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517371001      E-mail/Text: camanagement@mtb.com Aug 13 2018 23:46:13      Lakeview Loan Servicing, LLC,
                c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
517160492      E-mail/Text: camanagement@mtb.com Aug 13 2018 23:46:13      M & T Bank,    Po Box 844,
                Buffalo, NY 14240
517222081     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 13 2018 23:46:41      MIDLAND FUNDING LLC,
                PO BOX 2011,    Warren MI 48090-2011
517160493     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 13 2018 23:46:41      Midland Funding,
                Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
517160494      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2018 23:45:07
                Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517232365      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2018 23:44:40
                Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
517161457     +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:44      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517256395     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 13 2018 23:55:38      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                        TOTAL: 14
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*         ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
             (address filed with court:  M&T BANK,    PO Box 844,    Buffalo, NY  14240)
                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                              Signature:  /s/Joseph Speetjens

District/off: 0312-1          User: admin          Page 2 of 2          Date Rcvd: Aug 13, 2018
                             Form ID: 137          Total Noticed: 28

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
          Thomas G. Egner    on behalf of Debtor Brian E. Ward tegner@mcdowelllegal.com,
           kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
           om;mfunk@mcdowelllegal.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                      TOTAL: 6