Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 17−32381−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Brian E. Ward
    200 Union Ave.
    Runnemede, NJ 08078

Social Security No.:
    xxx−xx−9745

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 11, 2018.

On March 24, 2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:           April 27, 2022
Time:          10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 28, 2022
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 17-32381-ABA
Brian E. Ward                                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                            Page 1 of 3
Date Rcvd: Mar 28, 2022                       Form ID: 185                                           Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian E. Ward, 200 Union Ave., Runnemede, NJ 08078-1449 |
| cr | | Wells Fargo, PO Box 19657, Irvine, CA 92623-9657 |
| cr | + | Wells Fargo Auto, 2860 Patton Road, Roseville, MN 55113-1100 |
| 517160484 | + | Borough of Runnmede, Attn: Tax Office, 24 N. Black Horse Pike, Runnemede, NJ 08078-1663 |
| 517160485 | | Camden County MUA, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 517160487 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 517160488 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 517160497 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 517160498 | + | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517237153 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 517236288 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517160499 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: bk@szjlaw.com | Mar 28 2022 20:40:00 | Bradley J Halberstadt, Stewart, Zlimen & Jungers, Ltd, 2860 Patton Road, Roseville, MN 55113-1100 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 28 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 28 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517160486 | + | Email/Text: mrdiscen@discover.com | Mar 28 2022 20:40:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517160489 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 28 2022 20:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517160490 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Mar 28 2022 20:41:00 | Jh Portfolio Debt Equities LLc, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 517369661 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2022 20:48:00 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517371001 | | Email/Text: camanagement@mtb.com | Mar 28 2022 20:41:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517160492 | | Email/Text: camanagement@mtb.com | Mar 28 2022 20:41:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |

Case 17-32381-ABA    Doc 66    Filed 03/30/22    Entered 03/31/22 00:14:13    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2022 | Form ID: 185 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 517222081 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2022 20:41:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 517160493 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2022 20:41:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517160494 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2022 20:37:45 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 517232365 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2022 20:47:55 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517160495 | | Email/Text: signed.order@pfwattorneys.com | Mar 28 2022 20:40:00 | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517160496 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 28 2022 20:40:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 517161457 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 20:37:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517256395 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2022 20:37:36 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T BANK, PO Box 844, Buffalo, NY 14240 |
| aty | ##+ | KML Law Group, PC, 216 Haddon Avenue, Ste 406, Collingswood, NJ 08108-2812 |
| 517160491 | ##+ | KML Law Group, PC, 216 Haddon Ave., Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2022                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 28, 2022 | Form ID: 185 | Total Noticed: 29 |

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin Gordon McDonald
    on behalf of Creditor Lakeview Loan Servicing  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Phillip Andrew Raymond
    on behalf of Creditor LakeView Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor LakeView Loan Servicing  LLC rsolarz@kmllawgroup.com

Thomas G. Egner
    on behalf of Debtor Brian E. Ward tegner@mcdowelllegal.com
    tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9