**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
CAMDEN

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

------------------------------------------------------------X
In re:                                              :        **Chapter 13**
                                                    :
**Brian E. Ward,**                                  :        **Case No. 17-32381**
                                                    :
                                                    :
                                                    :
                                                    :
                    **Debtors**                     :
------------------------------------------------------------X

## WITHDRAWAL OF DOCUMENT NO. 60 CHAPTER 13 PLAN AND MOTIONS FILED ON March 24, 2022

I, **Thomas G. Egner, Esq.,** counsel to Debtor(s), **Brian E. Ward,** hereby withdraw document

no. **60**, Chapter 13 Plan And Motions filed **March 24, 2022** in the above referenced matter.

                                                                                           McDowell Law, PC

Dated: June 2, 2022                                          *By:/s/***Thomas G. Egner**
                                                                                        **Thomas G. Egner,** Esq.
                                                                                        Attorney for the Debtor(s)